**Remo BENIGNI, dba The Silver Fox, Plaintiff-Appellee,**

v.

**CITY OF HEMET; Roger Miller; Jesse Pease; Scott Jernigan, Defendants–Appellants.**

No. 87–5622.

United States Court of Appeals, Ninth Circuit.

July 31, 1989.

Before TANG, BOOCHEVER and NORRIS, Circuit Judges.

### ORDER

An opinion was originally filed on August 15, 1988 and was published at 853 F.2d 1519.

The appellants filed a petition for rehearing on August 29, 1988.

An amended opinion, in which Judge Boochever filed a concurrence, was filed December 2, 1988; this opinion was subsequently withdrawn from publication in the *Federal Reporter.*

After the appellee filed a response to the petition for rehearing at the court's request, a second amended opinion, captioned "Amended Opinion," was filed February 14, 1989 and was published at 868 F.2d 307. A final amended opinion, captioned "Second Amended Opinion," was filed June 15, 1989. 879 F.2d 473.

The panel as constituted above has voted to deny the petition for rehearing. Judges Tang and Norris reject the suggestion for

rehearing en banc and Judge Boochever so recommends.

The full court has been advised of the suggestion for rehearing en banc, and no judge of the court has requested a vote on the suggestion for rehearing en banc. Fed. R.App.P. 35(b).

The petition for rehearing is denied and the suggestion for rehearing en banc is rejected.